■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD GREENMAN, Appellant. [22 NYS3d 842]—Judgment, Supreme Court, New York County (Maxwell Wiley, J., at dismissal motion and sentencing; Daniel McCullough, J., at jury trial), rendered July 29, 2014, convicting defendant of criminal tampering in the first degree and petit larceny, and sentencing him, as a second felony offender, to an aggregate term of two to four years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). Defendant's claim that the evidence failed to establish the elements of first-degree criminal tampering is without merit. Insofar as defendant argues that his conviction was based on perjured testimony, we find no material inconsistency between the officers' trial testimony, their grand jury testimony and the felony complaint, nor do we find any basis for disturbing the jury's credibility determinations.

We have considered and rejected defendant's remaining arguments. Concur—Tom, J.P., Sweeny, Richter and Manzanet-Daniels, JJ.